No. 17,048.

Fink *v.* Thompson.
(263 P. [2d] 440)

Decided November 16, 1953.

Per Curiam.

Judgment affirmed en banc without written opinion.

Messrs. Riffenburgh & Harden, for plaintiff in error.

Mr. Alden T. Hill, Mr. Ralph H. Coyte, for defendant in error.